1004

[No. 1135-1.    Division One—Panel 1.    June 19, 1972.]

THE STATE OF WASHINGTON, *Respondent*, v. BYRON LENIUS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 55716, Howard J. Thompson, J., entered May 24, 1971. *Affirmed* by unpublished opinion per Williams, J., concurred in by Horowitz, C.J., and Callow, J.

[No. 1221-1.    Division One—Panel 1.    June 26, 1972.]

THE STATE OF WASHINGTON, *Respondent*, v. DAN HOWARD SUTCLIFFE, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 56879, Robert A. Hannan, J., entered July 16, 1971. *Affirmed* by unpublished opinion per Horowitz, C.J., concurred in by Swanson and Callow, JJ.

[No. 1116-1.    Division One—Panel 2.    June 26, 1972.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID JOSEPH HENDERSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 54945, Warren Chan, J., entered May 5, 1971. *Affirmed* by unpublished opinion per Farris, A.C.J., concurred in by Swanson and Armstrong, JJ.

[No. 1056-1.    Division One—Panel 2.    June 26, 1972.]

AAC CORPORATION, *Appellant*, v. WILLIAM F. AUSTIN, *Respondent and Cross-appellant*, EDNA (AUSTIN) ANSETH *et al.*, *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 699909, George H. Freese, J., entered January 13, 1972. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Farris, A.C.J., and Williams, J.